# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 06-5096                      September Term, 2005

06ms00082

Filed On:

In re: John Robert Demos, Jr.,
        Petitioner

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED JUN 2 2 2006

CLERK

**BEFORE:**    Ginsburg, Chief Judge, and Randolph and Tatel, Circuit Judges

### ORDER

Upon consideration of the notice of appeal, which is construed as a petition for a writ of mandamus, and the supplement thereto; the motion to vacate; and the motion for leave to proceed in forma pauperis, it is

**ORDERED** that the motion for leave to proceed in forma pauperis be granted. The filing fee provisions of the Prison Litigation Reform Act, 28 U.S.C. § 1915(g), do not apply to petitioner's mandamus petition. See In re Smith, 114 F.3d 1247, 1250 (D.C. Cir. 1997). It is

**FURTHER ORDERED** that the petition for writ of mandamus be denied. Petitioner has not shown any error in the district court's denial of leave to file a civil complaint without prepayment of costs. In 1994, petitioner was directed to seek leave of the district court before filing any new civil action. Demos v. Clinton, No. 94cv1056 (D.D.C. May 16, 1994), aff'd, No. 94-5197 (D.C. Cir. Dec. 22, 1994). He has made no showing that he fulfilled the requirements for filing a new complaint. See also Demos v. Reno, No. 97-5115, 1998 WL 203139 (D.C. Cir. Mar. 17, 1998) (setting out requirements for filing future complaints and dismissing appellant's challenge to the district court's denial of leave to file). It is

**FURTHER ORDERED** that the motion to vacate be denied. This court lacks jurisdiction to review the decision of the United States District Court for the Western District of Washington. See 28 U.S.C. § 1294(1) (appeal from reviewable decision of the district court shall be taken to the court of appeals for the circuit embracing the district).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.

**Per Curiam**

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk